In the Matter of the Application to Vacate a Subpœna Duces Tecum Addressed to THE TEACHERS UNION OF THE CITY OF NEW YORK by CHARLES J. HENDLEY, President. THE TEACHERS UNION OF THE CITY OF NEW YORK, Petitioner,

Appellant; JOINT LEGISLATIVE COMMITTEE TO INVESTIGATE THE EDUCATIONAL SYSTEM OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.